IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTHUR E. PIERCE, II                                                                    PLAINTIFF
ADC #141254

v.                              NO: 5:13CV00219 BSM

MARK CASHION, et al.                                                                   DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been received. Plaintiff has filed objections. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety and in all respects.

IT IS THEREFORE ORDERED THAT:

1.  The motion for summary judgment filed by defendants Mark Cashion, Larry May, Emmett Patrick, and Loretha West [Doc. No. 34] is granted, and plaintiff's claims against Cashion, May, Patrick, and West are dismissed with prejudice.

2.  The motion for summary judgment filed by defendant Judith Savoy [Doc. No. 38] is granted, and plaintiff's claims against Savoy are dismissed without prejudice.

3.  Plaintiff's complaint is dismissed without prejudice with respect to his claims against Savoy, and dismissed with prejudice in all other respects.

4.  The court certifies that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action is considered frivolous and not in good faith.

     DATED this 20th day of October, 2014.

                                                   /s/ Brian S. Miller
                                        UNITED STATES DISTRICT JUDGE