**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ARTHUR E. PIERCE, II** **PLAINTIFF**
**ADC #141254**

**v.** **NO: 5:13CV00219 BSM**

**MARK CASHION, et al.** **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice without respect to Plaintiff's claims against defendant Judith Savoy, and with prejudice in all other respects; the relief sought is denied.

DATED this 20th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE